UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO VEGA, | No. 2:23-cv-3033 AC P |
| Petitioner, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

By an order filed January 3, 2024, petitioner was ordered to file a completed in forma pauperis application or pay the required filing fee and was cautioned that failure to do so would result in a recommendation that this action be dismissed. ECF No. 3. The thirty-day period has now expired, and petitioner has not filed an application, paid the fees, or otherwise responded to the court's order.

Although it appears from the file that petitioner's copy of the order was returned, petitioner was properly served. It is the petitioner's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice.

1

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: February 16, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE