UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL ANTONIO VEGA, | No. 2:23-cv-3033 DJC AC P |
| Petitioner, | |
| v. | ORDER |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

     Petitioner, a prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On February 20, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 4.  Objections to the findings and recommendations have not been filed.

     Although it appears from the file that petitioner's copy of the findings and recommendations was returned, petitioner was properly served.  It is the Petitioner's responsibility to keep the Court apprised of his current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully

effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 4) are adopted in full; and

2.  This action is dismissed without prejudice.

3.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 11, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Vega3033.802.hc

2